UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALISON J. LAURITA,

    Plaintiff,

v.                                           Case No. 3:20-cv-438-TJC-MCR

CENTURION OF FLORIDA, LLC and
MHM HEALTH PROFESSIONALS, LLC,

    Defendants.

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 34), filed on May 12, 2021, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of May, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

agb
Copies:

Counsel of record